UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Darryl Jenkins

                Plaintiff,

v.                                             Case No.: 1:15−cv−09385
                                                 Honorable Rebecca R. Pallmeyer

United States of America, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 1, 2017:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: On 4/19/2017, the court dismissed this action without prejudice, allowing Plaintiff 30 days to reinstate. No motion for reinstatement having been filed within the time set by the court's order, the dismissal is with prejudice. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.